IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CATRINA KOLSHORN, INDIVIDUALLY,
and JOHANNES KOLSHORN and CATRINA
KOLSHORN, as NATURAL PARENTS AND
NEXT FRIENDS OF ARIN KOLSHORN, A MINOR,

      Plaintiffs,

v.                                                       No. 1:13-CV-00884-KG-RHS

LIBERTY MUTUAL INSURANCE,

      Defendant.

### ORDER ALLOWING SUPPLEMENTAL IDENTIFICATION OF EXPERT WITNESS

**THIS MATTER** arises for consideration upon the motion of the Plaintiffs for entry of an order allowing the supplemental identification of an additional expert witness to provide testimony at the trial of this matter. The Court having considered the request and being advised that counsel for the Defendant concurs in the motion and the Court being further advised in the premises, finds the motion well taken and shall be granted.

**NOW, THEREFORE, IT IS ORDERED** that the Plaintiffs shall be and hereby are allowed to supplement identification of Dr. Jill Manahan, D.O., as an expert witness to provide testimony at the trial of this matter.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

- 2 -

**Submitted by:**

    //s//
**KEVIN A. ZANGARA, P.A.**
**Attorney for Plaintiffs**

**Approved by:**

**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**

**By:  Electronically Approved 03-26-14**
**Cristina A. Adams**
**Jennifer L. Duprez**
**Attorneys for Defendant**