IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CATRINA KOLSHORN, INDIVIDUALLY,
and JOHANNES KOLSHORN and CATRINA
KOLSHORN, as NATURAL PARENTS AND
NEXT FRIENDS OF ARIN KOLSHORN,
A MINOR,

        Plaintiffs,

v.                                              No. 1:13-CV-00884-KG-RHS

LIBERTY MUTUAL INSURANCE,

        Defendant.

## ORDER OF REFERENCE

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), (b)(3), and *Virginia Beach Federal Savings & Loan Association v. Wood*, 901 F.2d 849 (10th Cir. 1990), this civil action is referred to U.S. Magistrate Judge Robert H. Scott to conduct a fairness hearing.

The Magistrate Judge shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. § 636(b)(1)(C). Objections shall be filed within fourteen (14) days of entry of the proposed disposition.

                                                                                  _____
                                                                                 UNITED STATES DISTRICT JUDGE